**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **C.G., a minor, by and through her parents, and next friends, P.G. and D.G., Plaintiff,** | : | |
| **v.** | : | **No. 5:21-cv-03956** |
| **Saucon Valley School District, Defendant.** | : | **Jury Trial Demand** |

**CERTIFICATE OF NON-CONCURRENCE**

I, Morris A. Scott, hereby certify as follows:

1. I am counsel for Plaintiff in the above captioned matter.

2. On September 14, 2021, Timothy Gilsbach, counsel for Defendant Saucon Valley School District, informed Plaintiff's Counsel that Defendant does not concur in Plaintiff's Motion for a Preliminary Injunction.

Dated: October 12, 2021

*/s/* Morris A. Scott
Morris A. Scott, Esquire

*Counsel for Plaintiff*