UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C.G. *a minor, by and through her Parents, and next friends*, P.G. *and* D.G.<br>Plaintiffs,<br><br>v.<br><br>SAUCON VALLEY SCHOOL DISTRICT,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 5:21-cv-03956 |

**O R D E R**

**AND NOW**, this 18th day of November, 2021, upon consideration of Plaintiffs' motion for a preliminary injunction, ECF No. 16, the parties' briefs filed thereafter, ECF No.'s 17 and 18, the exhibits attached therein, and after a preliminary injunction hearing on November 8, 2021, **IT IS ORDERED THAT:**

1. Plaintiffs' motion for a preliminary injunction, ECF No. 16, is **GRANTED** as follows:
    a. Pending final resolution of this matter, Defendant shall permit C.G. to attend school with her service animal, George; and
    b. Plaintiffs' requirement to post bond is waived.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge